**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
CECILE FOY GSANGER



# Court of Appeals
## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 23, 2015

Hon. Lindsay K. Deshotels
1700 7th St Rm 325
Bay City, TX 77414-5034
* DELIVERED VIA E-MAIL *

Hon. Steven E. Reis
District Attorney
1700 7th Street, Room 325
Bay City, TX 77414
* DELIVERED VIA E-MAIL *

Hon. Monica Lee Strickland
Matagorda County Courthouse
1700 7th Street, Suite 325
Bay City, TX 77414-5034
* DELIVERED VIA E-MAIL *

Hon. Robinson C. Ramsey
Langley & Banack
Trinity Plaza II, Suite 900
745 E. Mulberry Ave.
San Antonio, TX 78212-3166
* DELIVERED VIA E-MAIL *

Hon. Kristen Jernigan
207 S. Austin Ave.
Georgetown, TX 78626
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-13-00328-CR
Tr.Ct.No. 13-094
Style:   FRANK LARA JR. v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch
Enc.
cc:     Hon. 130th District Court (DELIVERED VIA E-MAIL)
        Hon. Becky Denn, Matagorda County District Clerk (DELIVERED VIA E-MAIL)